# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00680-CR

**Billy Jack Stone, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2021-376C, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Billy Jack Stone, Jr., has filed a motion to permanently abate this appeal, representing that Stone has died. Attached to the motion is a copy of an incident report by the Texas Department of Criminal Justice confirming Stone's death, of which we take judicial notice. *See* Tex. R. Evid. 201. When an appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the court is to permanently abate the appeal. *See* Tex. R. App. P. 7.1(a)(2); *Vargas v. State*, 659 S.W.2d 422, 423 (Tex. Crim. App. 1983). Accordingly, we permanently abate this appeal and dismiss counsel's motion as moot.

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Permanently Abated

Filed:   May 30, 2025

Do Not Publish